JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ULISES GUTIERREZ,

          Petitioner,

   v.

BRIAN CATES,

          Respondent.

Case No. 2:22-cv-08112-PA-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  May 4, 2023

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE